# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**941**
**CAF 15-01744**
PRESENT: WHALEN, P.J., CENTRA, CARNI, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF NANCY T.
----------------------------------------
CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL                          ORDER
SERVICES, PETITIONER-RESPONDENT;

LYNN T., RESPONDENT-APPELLANT.

---

KUSTELL LAW GROUP, LLP, BUFFALO (CARL B. KUSTELL OF COUNSEL), FOR
RESPONDENT-APPELLANT.

JANE E. LOVE, MAYVILLE, FOR PETITIONER-RESPONDENT.

NANCY A. DIETZEN, ATTORNEY FOR THE CHILD, FREDONIA.

---

Appeal from an order of the Family Court, Chautauqua County
(Judith S. Claire, J.), entered September 22, 2015 in a proceeding
pursuant to Social Services Law § 384-b.  The order terminated the
parental rights of respondent.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated at Family Court.

Entered:  November 10, 2016                     Frances E. Cafarell
                                                Clerk of the Court